# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Addison Orr,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00371-APG-BNW<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff filed a motion to proceed in forma pauperis on February 21, 2020. (ECF No. 1.) The Court denied this application without prejudice on February 24, 2020 based on several issues with Plaintiff's application. (ECF No. 3.) The Court gave Plaintiff until March 26, 2020 to refile a complete in forma pauperis application or pay the filing fee. (*Id.*) The Court also cautioned Plaintiff that failure to timely comply with this order may result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not complied with this order, requested an extension of time to do so, or taken any other action in the case. Accordingly, Plaintiff appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Addison Orr's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 5, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE