**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADDISON ORR, | Case No.: 2:20-cv-00371-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| STATE OF NEVADA and JERRY HOWELL, | [ECF No. 4] |
| Defendants | |

On June 5, 2020, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Addison Orr did not pay the filing fee or complete an in forma pauperis application as directed and because Orr appears to have abandoned the case. ECF No. 4. Orr did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 4) is accepted** and the complaint **(ECF No. 1) is dismissed without prejudice**.  The clerk of court is instructed to close this case.

DATED this 2nd day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE